United States District Court
Northern District of New York

# JUDGMENT

**PATRICK DOODY**

                           **Plaintiff**

          **VS.**                      **1:05-CV-1226 (GHL)**

**COMMISSIONER OF SOCIAL SECURITY**

                          **Defendant**

**[X]  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the complaint is remanded to the Commissioner of Social Security pursuant to sentence four of 42 USC section 405(g) for further proceedings.

All of the above pursuant to the Order of the Honorable Magistrate Judge George H. Lowe dated the 24th day of September, 2007.


**SEPTEMBER 28, 2007**                    **LAWRENCE K. BAERMAN**

**DATE**                                                 **CLERK OF COURT**

                                                          **s/**


                                                          **JOANNE BLESKOSKI**
                                                          **DEPUTY CLERK**